THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MARK E. BOLE, Defendant-Appellant.

(No. 73-336; )

Second District—October 11, 1974.

Opinion by Mr. JUSTICE GUILD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

William J. Cowlin, State's Attorney, of Woodstock (Larry K. Johnson, Assistant State's Attorney, of counsel), for the People.